UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------  :
MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,                                  :

                              Plaintiff,          :   Civil Action No. 1:21-cv-04519-AMD-RML

                 v.                               :

UNITED BEHAVIORAL HEALTH and                      :
UNITEDHEALTHCARE INSURANCE COMPANY,

                                                  :
                              Defendants.
------------------------------------------------------------------  :
```

## NOTICE OF DISMISSAL

The parties have reached an agreement on the allegations in the Secretary's Complaint

under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001, *et*

*seq.*, related to the Tiered Reimbursement program. (Dkt. 5 (Stipulation of Settlement)). The

Tiered Reimbursement settlement sought to resolve some of the allegations in this action, some of

the allegations in a related case brought by the New York Attorney General, *James v. UnitedHealth*

*Group Inc. et al.*, Case No. 21-cv-4533 (E.D.N.Y.) ("NYAG Action"), and the allegations of the

putative classes in *Jane Doe v. UnitedHealth Group, Inc. et al.*, Case No. 1:17-cv-4160-RML

(E.D.N.Y.) ("*Doe*"), and *Jane Smith, et al. v. United Healthcare Insurance Company et al.*, Case

No. 1:21-cv-02791-RML (E.D.N.Y.) ("*Smith*").

Because the Stipulation of Settlement related to the Tiered Reimbursement program also

resolved the then-putative *Doe* and *Smith* class actions, this settlement required Court approval. A

Fairness Hearing in the *Doe* and *Smith* actions was held on December 16, 2021. (*Doe* Dkt. 116, §

H.) By order dated January 9, 2022, this Court granted final approval of the *Doe* and *Smith* class

action settlements. (*Id.* at ¶ 11.) That order dismissed the claims asserted by the Secretary related

to the Tiered Reimbursement policy, (*id.* at ¶ 17), and directed the Secretary to release all claims

brought against Defendants, (*id.* at ¶ 18(b)).

Accordingly, the Secretary now dismisses with prejudice all of the remaining[1] claims for

relief in the Complaint: the First Claim for Relief, (Dkt. 1, ¶¶ 70–81), the Second Claim for Relief,

(*id.* at ¶¶ 82–83), the Fifth Claim for Relief, (*id.* at ¶¶ 94–97), the Sixth Claim for Relief, (*id.* at ¶¶

98–99), and the Seventh Claim for Relief, (*id.* at ¶¶ 100–102).[2]

DATED:      February 15, 2022
            New York, New York

SEEMA NANDA
Solicitor of Labor

JEFFREY S. ROGOFF
Regional Solicitor

 *s/ Rosemary Almonte*
ROSEMARY ALMONTE
Trial Attorney

SUZANNE DEMITRIO CAMPBELL
Senior Trial Attorney

U.S. Department of Labor
Office of the Regional Solicitor
201 Varick Street, Room 983
New York, NY 10014
(646) 264-3699
(646) 264-3674
(646) 264-3660 (fax)
almonte.rosemary@dol.gov
campbell.suzanne@dol.gov
NY-SOL-ECF@dol.gov

*Attorneys for Plaintiff*
*Secretary of Labor*

---

[1] On October 14, 2021, the Secretary voluntarily dismissed with prejudice the Third Claim for Relief, (Dkt. 1, ¶¶ 84–91), and the Fourth Claim for Relief, (*id.* at ¶¶ 92–93), in the Complaint.
[2] No party has served either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).